Sheila M. Salomon, SBN 164619
Andrew L. Chang, SBN 222309
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   (415) 544-1900
Facsimile:   (415) 391-0281
E-mail:   ssalomon@shb.com
          achang@shb.com

Attorneys for Plaintiffs
LONDON-SIRE RECORDS INC., BMG MUSIC, CAPITOL RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP, INC., UMG RECORDINGS, INC., and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation, BMG MUSIC, a New York general partnership, CAPITOL RECORDS, INC., a Delaware corporation, ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation, UMG RECORDINGS, INC., a Delaware corporation, and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>MCKENZIE WELLS,<br><br>Defendant. | Case No. C-05-1201-MEJ<br><br>APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS |

Plaintiffs hereby apply to substitute in Shook, Hardy & Bacon L.L.P. as their attorney of record in this action in the place of Coblentz, Patch, Duffy & Bass L.L.P., One Ferry Building, Suite 200, San Francisco, California 94111. Plaintiffs and counsel have consented to said substitution as indicated below by execution of this application.

1  Dated: May 19, 2005                           COBLENTZ, PATCH, DUFFY & BASS L.L.P.
2
3                                                By: _____
                                                      ZUZANA J. SVIHRA
4
5
6       I accept this substitution.
7  Dated: May 17, 2005                           SHOOK, HARDY & BACON, L.L.P.
8
9                                                By: _Sheila M. Salomon_____
                                                      SHEILA M. SALOMON
10
11      I consent to this substitution.
   Dated: May 31, 2005                           PLAINTIFFS
12
13
                                                 By: _____
14                                                    STANLEY PIERRE-LOUIS
                                                      Plaintiffs' Representative
15
16                                        **ORDER**

17      Plaintiffs' application for substitution of attorneys is granted.
18
19
   Dated: ____June 6, 2005_____
20
                                                                            _____ A JAMES
21
22
                                        IT IS SO ORDERED
23
24                              Magistrate Judge Maria-Elena James
25
26
27
28
                                               2                APPLICATION FOR SUBSTITUTION OF
                                                                ATTORNEYS & ~~PROPOSED~~ ORDER
   88201V1                                                      CASE NO. C 05-1201 MEJ