

January 27, 2006

**Sheila M. Salomon**

333 Bush Street, Suite 600
San Francisco
California 94104-2828
415.544.1900
415.391.0281 Fax

**VIA electronic filing**

Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

Re: *London-Sire Records Inc., et al. v. McKenzie Wells*
    USDC – Northern District, SF, Case No. C 05-1201 PJH

Dear Judge Hamilton:

Plaintiffs will be dismissing this case against Mackenzie Wells. A stipulation for dismissal was sent to Ms. Wells' counsel on January 18, 2006. We are waiting for its return in order to file it with the court. We understand there is a case management conference on schedule for February 2, 2006. We ask that that hearing be continued to March 9, 2006 so that we may complete the paperwork involved in dismissing this action.

Thank you for your assistance in this matter.

Best regards,

*/s/*
Sheila M. Salomon

SMSA:llg
cc: Andrew Jacobson



Geneva
Houston
Kansas City
London
Miami
Orange County
Overland Park
San Francisco
Tampa
Washington, D.C.

97796v1