| | |
|---|---|
| 1 | Sheila M. Salomon, SBN 164619 |
| | Andrew L. Chang, SBN 222309 |
| 2 | SHOOK, HARDY & BACON L.L.P. |
| | 333 Bush Street, Suite 600 |
| 3 | San Francisco, California 94104-2828 |
| | Telephone:   (415) 544-1900 |
| 4 | Facsimile:    (415) 391-0281 |
| | E-mail:    **ssalomon@shb.com** |
| 5 |           **achang@shb.com** |
| 6 | Attorneys for Plaintiffs |
| | LONDON-SIRE RECORDS INC., BMG MUSIC, CAPITOL RECORDS, INC., ELEKTRA |
| 7 | ENTERTAINMENT GROUP, INC., UMG RECORDINGS, INC., and SONY BMG MUSIC |
| | ENTERTAINMENT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | LONDON-SIRE RECORDS INC., a Delaware corporation, BMG MUSIC, a New York general partnership, CAPITOL RECORDS, INC., a Delaware corporation, ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation, UMG RECORDINGS, INC., a Delaware corporation, and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Case No. C-05-1201-PJH |
| | | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** AND ORDER |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | MCKENZIE WELLS, | |
| 20 | Defendant. | |

1

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO. C 05-1201 PJH

97342V1

1  Plaintiffs LONDON-SIRE RECORDS INC., BMG MUSIC, CAPITOL RECORDS, INC.,
2  ELEKTRA ENTERTAINMENT GROUP, INC., UMG RECORDINGS, INC., and SONY BMG
3  MUSIC ENTERTAINMENT and Defendant MacKenzie Wells, by and through their attorneys,
4  pusuant to Fed. R. Civ. P. 41(a)(1), hereby jointly stipulate to the dismissal of this action without
5  prejudice, with each party to bear its/her own costs, expenses and attorneys fees..

Dated: January 18, 2006

Respectfully submitted,
SHOOK, HARDY & BACON, LLC.

*Sheila M. Salomon*

Sheila M. Salomon

Attorneys for Plaintiffs
LONDON-SIRE RECORDS INC., BMG
MUSIC, CAPITOL RECORDS, INC.,
ELEKTRA ENTERTAINMENT GROUP,
INC., UMG RECORDINGS, INC., and SONY
BMG MUSIC ENTERTAINMENT

Dated: January 19, 2006

Respectfully submitted,
BAY OAK LAW FIRM

*Andrew Jacobson*

Andrew Jacobson

Attorney for Defendant
MCKENZIE WELLS

1/31/06



IT IS SO ORDERED
Judge Phyllis J. Hamilton

2
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO. C 05-1201 PJH

97342V1